# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# CRIMINAL MINUTES

Case No.: 04-mJ-508                            Date of Proceeding: 10/12/05

**Presiding Judge:** Dennis J. Hubel          **Courtroom Deputy:** Kathleen Bartholomew
**Reporter:** KB/FTR                          **AUSA:** Greg Nyhaus
                                              (for/by: _____)

**DOCKET ENTRY:** (Interpreter: _____)
Record of: [ ]time set for [ ]First Appearance [ ]Initial Appearance [ ]Arraignment [ ]Detention Hearing
    [ ]Preliminary Hearing [ ]Pretrial / [ ]Supervised Release Violation [ ]Rule 5 Proceedings [X]Status Hearing:
[ ]ORDER - appointing Federal Defender/CJA Attorney to represent defendant(s).
[ ]Defendant(s) advised of charges [ ]Defendant(s) waived reading of the indictment/information.
[ ]Defendant(s) advised of rights [ ]Defendant(s) waived advice of rights.
[ ]Defendant(s) waived [ ]preliminary [ ]identity [ ]removal hearing.
[ ]ORDER - continuing/re-setting/setting a [ ]preliminary/[ ]detention/[ ]status hearing/[ ]arraignment before the duty
Magistrate Judge on _____ at _____.
[ ]Gov't witness(es) sworn: _____.
[ ]Defense witness(es) sworn: _____.
[ ]ORDER - finding probable cause.
[ ]ORDER - setting arraignment on: _____ at _____ before the duty magistrate.
[ ]ORDER - defendant is detained. [ ]flight [ ]danger [ ]pending further hearing [ ] before Judge _____.
[ ]ORDER - defendant is released on conditions. (see separate order)
[ ]ORDER - defendant's plea(s) of not-guilty is entered.
[ ]ORDER - setting trial before Judge _____ on _____ at 9:00 a.m.
**Please use the above case number and initials on all future documents and correspondence in this action.**
[ ]ORDER - discovery to be provided within 10 days, motions due in 21 days.
[ ]ORDER - setting a violation hearing before Judge _____ on _____ at _____.
[ ]ORDER - The defendant shall proceed under the true name of _____, and the indictment
or information shall be so amended by interlineation.
[X]ORDER - With the agreement of the defendant, the court grants the
[ ]- government's oral motion to dismiss this complaint, without prejudice.
(OTD: _____ - Gov't case: _____ days)

**DEFENDANT**                                 **COUNSEL**
(1) Jerome Newton                             (1) Ruben Iniguez
    [ ]Present [ ]O/R [ ]Bond [ ]Custody          [ ]Present [ ]Appointed [ ]Retained
    [X] NOT Present

(2) _____                                (2) _____
    [ ]Present [ ]O/R [ ]Bond [ ]Custody          [ ]Present [ ]Appointed [ ]Retained

(3) _____                                (3) _____
    [ ]Present [ ]O/R [ ]Bond [ ]Custody          [ ]Present [ ]Appointed [ ]Retained

(4) _____                                (4) _____
    [ ]Present [ ]O/R [ ]Bond [ ]Custody          [ ]Present [ ]Appointed [ ]Retained

cc: [ ] Chambers          [ ] Probation
    [ ] Counsel of Record [ ] Pretrial Services       Document No.: _____
    [ ] Jury Clerk        [ ] US Marshal's

Criminal Minutes
Revised May 15, 1998